IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * MAGISTRATE NO. 26-mj-2-N |
| | * |
| ROBERT DAVIAN GRIJALVA | * |
| | * |

## AFFIDAVIT IN SUPPORT OF
## A COMPLAINT AGAINST ROBERT DAVIAN GRIJALVA

I, Gaven Plump, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint against Robert Davian Grijalva.

2. I am a Special Agent (SA) with Federal Bureau of Investigation (FBI). I have been employed by the FBI as a Special Agent (SA) since March 2024. Before that time, I was a law enforcement officer for approximately five years. I am currently assigned to the FBI Violent Crimes Squad. As part of my daily duties as an FBI Special Agent, I investigate criminal violations relating to violent gangs, narcotics violations, kidnappings, and other violent crimes.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is

sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. All dates, times, and locations described in my affidavit are approximations.

4.  Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 875(c), Interstate Communications [threats], have been committed by Robert Davian Grijalva.

## PROBABLE CAUSE

5.  E███ A███, hereinafter E.A., is a well-known pro-Israel speaker. Over the last few months, she has received several death threats. On or about December 30, 2025, E.A. posted about an event on her Instagram pop-up page. The event was a meet and greet event that is to occur on January 2, 2026, in Miami, Florida.

6.  On or about December 30, 2025, in response to E.A.'s Instagram post about the meet and greet event, E.A. received a threatening message at approx. 1:30pm EST which stated: "Ima come up there and blow yo head off bitch."

7.  Due to the threatening nature of the message, and that E.A. has received several death threats over last several months, E.A. reported the message to FBI SA Mike Marotta with the New York Field office. SA Marotta submitted an emergency disclosure request ("EDR") to Meta for the Instagram account that issued the threat. The Instagram subscriber information identified email address of yourdelusionalsuccmyballs@gmail.com linked to the account and a user name of mclovinonyagirl. The Instagram account data listed an Android SM-A536U Device as being associated with the account.

8. An EDR was issued to Google for subscriber information associated with yourdelusionalsuccmyballs@gmail.com and Google identified Robert Grijalva as the account subscriber, and also provided IP data. The IP address associated with Robert Grijalva and the Google email account resolved to the Southern District of Alabama.

9. The Google EDR also provided telephone number associated with the account, phone number 251-329-1876.

10. Phone number x1876 is a cellular number registered with provider T-Mobile. An EDR was issued to T-Mobile. The T-Mobile customer data for x1876 showed the number is registered to Robert Grijalva.

11. Accurint historical data was also searched for phone number x1876 and the Accurint data indicated these telephone numbers were historically associated with Robert Grijalva.

12. As part of this investigation, a ping request for the x1876 number was completed and the location resolved to an area near Robertsdale or Loxley, Alabama in the Southern District of Alabama.

13. On December 31, 2025, FBI Special Agents ("Agents") located Robert Grijalva at 25878 Pollard Road, APT 2011, Daphne, Alabama. Robert Grijalva admitted to being the account holder for the T-Mobile cellular numbers. However, he identified the x1876 as belonging to his son, Robert Davian Grijalva ("Grijalva"). Robert Grijalva (the father) denied making any threats and told Agents that Grijalva was staying with his grandmother Karen Hall ("Hall") at 16590 Thompson Road, Loxley, Alabama.

14. Agents responded to the 16590 Thompson Road address and encountered Grijalva. Grijalva was found to be in possession of an Android SM-A536U Device. The Android device is consistent with the device associated with the Instagram account that made the threat, as identified in the Instagram EDR return.

15. Grijalva refused to speak to Agents, but Grijalva made spontaneous statements to Hall at the time of his arrest along the lines of that he was being arrested because he probably made some threats, but they were not to a person locally.

16. Based upon my training, experience, and knowledge obtained from experts involving computers, cellular devices, and phones, the signals, voice messages, or texts containing the threatening communications sent via Instagram, would likely have been transmitted in interstate commerce and communication.

Respectfully submitted,

Gaven Plump
Special Agent
Federal Bureau of Investigation

THE ABOVE AGENT HAS ATTESTED TO THIS AFFIDAVIT PURSUANT TO FED. R. CRIM. P. 4.1(b)(2)(A) THIS 2nd DAY OF JANUARY 2026.

KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE