FILED IN OPEN COURT

JAN 28 2026

CHRISTOPHER L. EKMAN, CLERK



SGL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 26-00015-JB |
| | * | MAG. NO. 26-2 |
| v. | * | USAO NO. 26R00006 |
| | * | |
| ROBERT DAVIAN GRIJALVA | * | VIOLATION: 18 U.S.C. § 875(c) |
| | * | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Interstate Threatening Communications**
**Title 18, United States Code, Section 875(c)**

On or about December 30, 2025, in the Southern District of Alabama, the defendant,

**ROBERT DAVIAN GRIJALVA,**

knowingly and willfully transmitted in interstate commerce communications, namely, Instagram text messages, to an individual whose name is known to the Grand Jury and who is identified in this Indictment as "E.A.," and the communications contained a threat to injure the person of another, namely, E.A.

Specifically, **GRIJALVA** wrote or left an Instagram post to E.A. saying:

"Ima come up there and blow yo head off bitch." 

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

S. GAILLARD LADD
Assistant United States Attorney

KASEE S. HEISTERHAGEN
Chief, Criminal Division

JANUARY 2026